# EXHIBIT A

## KRISTINA LAVOIE

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Fleetwood Mac | Go Your Own Way | Rumours | N39857 |
| Warner Bros. Records Inc. | Joni Mitchell | A Case Of You | Both Sides Now | 275-916 |
| Capitol Records, Inc. | Grand Funk Railroad | Some Kind of Wonderful | All the Girls in the World Beware!!! | N-20414 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Freak On a Leash | Follow the Leader | 263-749 |
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | 276-133 |