# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware Corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware General partnership

V.

KRISTINA LAVOIE

**ANSWER IN A CIVIL CASE**

CASE NUMBER: CA 06 356

# ANSWER

I hereby deny each and every allegation of the Plaintiff's complaint.

Kristina. Lavoie
November 13, 2006

**I certify that a copy of this answer with original signature was sent by mail to attorney for the Plaintiff, James O'Neil and the clerk of the United States District Court for the District of Rhode Island simultaneously on November 15, 2006.**

Kristina. Lavoie 11-15-06
Kristina. Lavoie
Defendant