**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | Civil No. 06-356ML |
| Plaintiffs, | Magistrate Judge David L. Martin |
| v. | |
| KRISTINA LAVOIE, | |
| Defendant. | |

## MOTION FOR CONTINUANCE

Now come the Plaintiffs in the above-captioned case, by and through their attorney, the undersigned James E. O'Neil, Esq. and respectfully move this Honorable Court to continue the Rule 16 Conference currently scheduled for Monday, January 22, 2007.

Respectfully Submitted,

Dated: January 17, 2007

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; and SONY BMG MUSIC ENTERTAINMENT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this __17th__ day of January, 2007, a copy of the foregoing Motion for Continuance was served upon the Defendant via United States Mail at the following address:

Kristina Lavoie
90 Blackamore Ave., Apt. 2
Cranston, Ri 02910

/s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | Civil No. 06-356ML |
| Plaintiffs, | Magistrate Judge David L. Martin |
| v. | |
| KRISTINA LAVOIE, | |
| Defendant. | |

**PLAINTIFFS MEMORANDUM IN SUPPORT OF MOTION FOR CONTINUANCE**

As reason in support of the Plaintiff's Motion for Continuance, the Court is respectfully advised that the Plaintiffs' and the Defendant are currently engaged in settlement negotiations and expect this case to reach a settlement. Additionally, the Defendant, Kristina LaVoie, has telephonically assented to the filing of this Motion. In light of the aforementioned reasoning, Plaintiffs' respectfully request a one month continuance.

Respectfully Submitted,

Dated: January 17, 2007

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; and SONY BMG MUSIC ENTERTAINMENT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this __17th__ day of January, 2007, a copy of the foregoing Memorandum in Support of Motion for Continuance was served upon the Defendant via United States Mail at the following address:

Kristina Lavoie
90 Blackamore Ave., Apt. 2
Cranston, Ri 02910

/s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852