UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | ) | CIVIL ACTION FILE |
| Plaintiffs, | ) | |
| v. | ) | No. 06-356ML |
| KRISTINA LAVOIE, | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiffs, WARNER BROS. RECORDS INC., *et al.*, respectfully inform the court that the parties have reached a settlement in principle in this case. Plaintiffs respectfully request an additional forty-five (45) days to finalize the settlement agreement. Plaintiffs will promptly file all appropriate papers with the Court.

Respectfully submitted,

DATED: April 23, 2007

/s/James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; and SONY BMG MUSIC ENTERTAINMENT